Writ granted, but limited to motion to dismiss appeal.

153 So.2d 415

Curley J. ROBIN

v.

CALIFORNIA OIL COMPANY and American Insurance Company.

No. 46787.

June 4, 1963.

In re: Curley J. Robin applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 152 So.2d 123.

Writ denied. On the facts found by the Court of Appeal we find no error of law.

153 So.2d 415

ESTATE of Louis R. DEROUEN

v.

GENERAL MOTORS ACCEPTANCE CORPORATION et al.

No. 46736.

June 4, 1963.

Court of Appeal, Third Circuit. 150 So. 2d 814.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.